IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00909-RPM-DLW

MICHAEL BLACK,

      Plaintiff,

v.

HILLARY M. WEINPAHL,
MARK WEINPAHL, and
CONNIE WEINPAHL,

      Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #14), filed on April 21, 2006, it is

ORDERED that the complaint is dismissed with prejudice, the parties to bear their own costs and attorney's fees.

Dated: April 21, 2006

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge